# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Patricia Molnar, Jan Wallace, Jerry Rubin, Barry Brown, Stephanie Wysocki, Carla Toledo individually and on behalf of the Class, John Does 1-10,<br><br>       *Plaintiffs*,<br><br>v.<br><br>LVNV Funding, LLC,<br><br>       *Defendant.* | Case No.: 3:22-CV-01471<br><br>**SO ORDERED**<br>on this 14th day August, 2024<br><br>*/s/ Georgette Castner*<br>_____<br>Hon. Georgette Castner, U.S.D.J. |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, Patricia Molnar, Jan Wallace, Jerry Rubin, Barry Brown, Stephanie Wysocki, Carla Toledo individually and on behalf of the Class, John Does 1-10 ("*Plaintiffs*") and Defendant, LVNV Funding, LLC ("*Defendant*"), and/or their respective undersigned counsel(s) that, pursuant to Fed. R. Civ. Pro 41(a)(1)(A) the above-captioned action is dismissed without prejudice against Defendant, LVNV Funding, LLC with each party to bear its respective attorney's fees and costs.

Dated: Flanders, New Jersey
       July 16, 2024

**LAW OFFICE OF HOWARD A. GUTMAN**

By: *Howard Gutman*
HOWARD A. GUTMAN
10 SANCTUARY LANE
FARMINGDALE, NEW JERSEY 07727
*COUNSEL FOR PLAINTIFFS*

Dated: Charleston, South Carolina
       July 16, 2024

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Peter G. Siachos*
PETER G. SIACHOS, ESQ.
677 KING STREET, SUITE 450
CHARLESTON, SOUTH CAROLINA 29403
TEL: (843) 278-5900
FAX: (843) 804-4691
EMAIL: PSIACHOS@GRSM.COM
*ATTORNEYS FOR DEFENDANT*
*LVNV FUNDING, LLC*